UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:19-cr-00236 |
| | * | 18 U.S.C. § 242 |
| vs. | * | |
| | * | JUDGE CAIN |
| | * | |
| JARED HEBERT | * | MAGISTRATE JUDGE KAY |

**BILL OF INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

**Deprivation of Rights Under Color of Law**
**[18 U.S.C. § 242]**

On or about May 8, 2017, in Calcasieu Parish in the Western District of Louisiana, the defendant, JARED HEBERT, while acting under color of law as an officer of the Lake Charles Police Department, willfully deprived G.T. of the right, secured by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, the defendant repeatedly struck G.T. while G.T. was not presenting a threat to himself or any

other person, all in violation of Title 18, United States Code, Section 242. [18 U.S.C. § 242].

                DAVID C. JOSEPH
                UNITED STATES ATTORNEY

                _____
                Jamilla Bynog, LA Bar # 32807
                Assistant United States Attorney
                800 Lafayette Street, Suite 2200
                Lafayette, LA  70501
                Telephone: (337) 262-6374